```
GOLDSMITH & HULL      File No. C99-23779/C99-23780
TAMMY K. ELBAUM (143152)
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

Attorneys for Plaintiff
```

FILED CLERK, U.S. DISTRICT COURT JAN 31 2002 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT 01-31-02 JAN 31 2002 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. A01-07477 |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFAULT JUDGMENT |
| BRETT ANDREWS AKA BRETT F. ANDREWS | ) |
| Defendant. | ) |

___ Docketed
___ Copies / NTC Sent
___ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

ENTERED ON ICMS  JAN 31 2002  CV

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) BRETT ANDREWS AKA BRETT F. ANDREWS on JAN 3 1 2002 for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ.P. 55,

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s), BRETT ANDREWS AKA BRETT F. ANDREWS the sum of $10,646.57, principal, $10,892.70 accrued interest to November 26, 2001, for claim

1  number one; principal amount of $4,150.00, $2,755.14 accrued interest to November 26,
2  2001, for claim number two; $13.19 penalties/administrative charges for claim one; $0.00
3  penalties/administrative charges for claim two; $170.00 court costs, plus $1,487.79
4  attorney fees, for a total of $30,115.39 plus interest from November 26, 2001 at the rate
5  of $2.63 per day for claim number one; and $.57 per day for claim number two, to date
6  of entry of judgment.  Judgment to accrue interest at the legal rate until paid.

DATE: JAN 31 2002

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central  District of California

*Sharon Hall-Brown* (signature)
SHARON HALL-BROWN
BY: _____
DEPUTY CLERK